FILED
08 JAN 16 PM 2:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0130 WQH

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ERIC ALCALA-CONTRERAS, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about November 7, 2007, within the Southern District of California, defendant ERIC ALCALA-CONTRERAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

CPH:fer:San Diego
1/14/08

It is further alleged that defendant ERIC ALCALA-CONTRERAS, was removed from the United States subsequent to August 5, 2004.

DATED: January 16, 2008.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ Caroline Han
CAROLINE P. HAN
Assistant U.S. Attorney

2